| From: | Michael Sturrock |
|---|---|
| To: | Jeff Crisp; Scott Scherr |
| Cc: | Jeremy Wheat; Ted W. Walters |
| Subject: | contract 12-7-121 |
| Date: | Friday, December 07, 2012 4:15:24 PM |
| Attachments: | PLG-TWW contract 12-7-12.pdf |

Gentlemen,

Please see the attached contract. Our apologies for the delay. We had a our company Christmas party today in Kilgore.
We look forward to working with you on this project. We will confirm receiving the work needed with instructions when you send it.

We plan to begin with 4 landmen and communicate to you if we feel more is needed to meet the deadline.

Thanks again for the opportunity,
Michael Sturrock

Michael Sturrock, RPL
2014 Republic Drive
Tyler, Texas 75701
903.534.3890 office
903.534.3892 fax
903.780.0968 cell
msturrock@twalters.com

EXHIBIT E

| | |
|---|---|
| **From:** | Jeremy Wheat |
| **To:** | Scott Scherr; Jeff Crisp |
| **Cc:** | Ann Kazee |
| **Subject:** | RE: Independent Contractor Agreement |
| **Date:** | Thursday, December 06, 2012 5:30:33 PM |
| **Attachments:** | image002.png |

Mr. Scherr. That looks good to me. I will look forward to hearing from Jeff tomorrow. Jeremy

**From:** Scott Scherr [mailto:Scherr@thepaynelawgroup.com]
**Sent:** Thursday, December 06, 2012 4:54 PM
**To:** jwheat@twalters.com; Jeff Crisp
**Cc:** Ann Kazee
**Subject:** RE: Independent Contractor Agreement

Please see attached for your review. Jeff Crisp will contact you to discuss tomorrow.

Scott

 

Texas Board of Legal Specialization
Personal Injury Trial Law

Peer Rated AV® Preeminent™ by Martindale-Hubbell®



(979) 776-9800
scott@TXOneCall.com

**From:** Jeremy Wheat [mailto:jwheat@twalters.com]
**Sent:** Thursday, December 06, 2012 8:12 AM
**To:** Jeff Crisp
**Cc:** Scott Scherr
**Subject:** Independent Contractor Agreement

Mr. Crisp. Here is the independent contractors agreement with Ted W. Walters & Associates. I apologize that this did not come thru last night. I caught it in my draft folder this morning. Please let me know if you have any questions, and we can begin assembling a team as early as today. Jeremy Wheat.

| From: | Jeremy Wheat |
|---|---|
| To: | Jeff Crisp |
| Cc: | Scott Scherr |
| Subject: | Independent Contractor Agreement |
| Date: | Thursday, December 06, 2012 7:59:56 AM |
| Attachments: | Independent Contractor Agreement with Ted Walters.doc |

Mr. Crisp. Here is the independent contractors agreement with Ted W. Walters & Associates. I apologize that this did not come thru last night. I caught it in my draft folder this morning. Please let me know if you have any questions, and we can begin assembling a team as early as today. Jeremy Wheat.

BRIGGS LAND SERVICE
481 CR 267
BECKVILLE, TEXAS  75631
903-678-9507

July 28, 2012

Open Mineral Spreadsheet Research Lawsuit

July 10, 2012 > July 27,2012

Total Hours:  139.5    $5580
Copies:              $1441
Travel:              $60
Supplies/Postage:    $189


Total:               $ 7270

Thank You

Phil Briggs

Phillip H. Briggs
481 CR 267
Beckville, Tx 75631
903-678-9507
903-263-6945
thebaldtexican@gmail.com

Born:  May 4, 1957
Location:  Carthage, Texas

Education:
High School:  Beckville Independent High School, Beckville, Texas
College:  Stephen F. Austin State University, Nacogdoches, Texas.  BS Geology.
Sul Ross State University.  Senior year field geology course, with emphasis on field mapping, alidade and plane and other surveying tools.
Title Research:  Panola County Clerk's office, under the tutelage of the County Clerk, Mrs. Joyce Burgess and Mrs. Mickey Dorman.  Run Title for real estate, oil and gas, and mineral interests.   Liens, Probate, Marriage/Death index's, Deeds of Trust.

Employment:
1982 > 1996
US Forest Service, Wildland Fire Mapping.
US National Park Service, Land Management.

1997 > 2007
Building contractor, specializing in plumbing and electrical construction.

2008 > Present
Briggs Land Service
Real Estate, Oil and Gas, and Mineral title research.
Experience doing Title Searches, Curative, and Run Sheets to Real Estate, Oil and Gas, and Mineral interests, in Panola, Gregg, Rusk, Harrison, Shelby, San Augustine, Sabine, and Nacogdoches County Clerk's offices.  Also, work in County Tax Assessor's, District Clerk's, and local Abstract offices.

Interests:
Genealogy.  I have a dozen different ancestors that emigrated to Panola and Shelby Counties, while Texas was still a Republic, and obtained Patents.   Most of these ancestors kept their land and minerals.  When my grandparents and parents died, the titles to at least half of these interests were in dispute.  I learned how to use the Panola County Abstract office, and work my way through the Panola County Clerk's office, with assistance of the County Clerk.  I was able to run the titles, prepare reports, and have hard evidence in hand to support my cases when arguing with oil companies.
Computers.  Used since 1994. Build and repairs. Most operating systems. MS Works, Word, Excel, Open Office.



# INVOICE

## Paul A. Wright Investment Co., Inc.

INVOICE # 21121119B
DATE: NOVEMBER 19, 2012

7617 Whitetail Trail, Caldwell, TX 77836
Phone (512) 810-0404 / Fax (866) 447-4629
*E-mail* pawco@onebox.com

TO   The Payne Law Group
3850 Corporate Drive
Bryan, TX 77805-6900

SHIP
TO

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS |
|---|---|---|---|---|---|
| PAW | ELL | n/a | n/a | n/a | Due Upon Invoice Receipt |

| LINE | QTY - RATE | DESCRIPTION | LABOR | EXPENSES | LINE TOTAL |
|---|---|---|---|---|---|
| | | **Mineral Interest Abstract Analysis & Consulting 11/2-11/18** | | | |
| 1. | | Labor | 25,675.00 | | 25,675.00 |
| 2. | | Expenses | | 1,889.99 | 1,889.99 |
| | | | | SUBTOTAL | |
| | | | | SALES TAX | 0 |
| | | | | TOTAL | 27,564.99 |

Make all checks payable to Paul A. Wright Investment Co., Inc.
**THANK YOU FOR YOUR BUSINESS!**

Ellington 20955



# INVOICE

## Paul A. Wright Investment Co., Inc.

INVOICE # 21121119A
DATE: NOVEMBER 19, 2012

7617 Whitetail Trail, Caldwell, TX 77836
Phone (512) 810-0404 / Fax (866) 447-4629
*E-mail* pawco@onebox.com

| TO | The Payne Law Group<br>3850 Corporate Drive<br>Bryan, TX 77805-6900 | SHIP<br>TO |
|----|----|----|

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS |
|---|---|---|---|---|---|
| PAW | ELL | n/a | n/a | n/a | Due Upon Invoice Receipt |

| LINE | DAYS | DESCRIPTION | LABOR | EXPENSES | LINE TOTAL |
|---|---|---|---|---|---|
| | | **Mineral Interest Abstract Analysis & Consulting 11/2-11/18** | | | |
| 1. | 73 | Labor $325/D = $23,725.00 | | | |
| 2. | 2 | Labor $375/D = $ 750.00 | | | |
| 3. | 8 | Labor $150/D = $ 1,200.00 | 25,675.00 | | 25,675.00 |
| 4. | 32 | Per Diem | | 480.00 | |
| 5. | 16 | Lodging (RV) | | 300.00 | |
| 6. | 943 miles | Mileage | | 523.37 | |
| 7. | | Abstract | | 60.00 | |
| 8. | | Court Copies | | 504.99 | |
| 9. | | Printing supplies | | 21.63 | 1,889.99 |
| | | | | SUBTOTAL | 27,564.99 |
| | | | | SALES TAX | 0 |
| | | | | TOTAL | 27,564.99 |

Make all checks payable to Paul A. Wright Investment Co., Inc.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

## Paul A. Wright Investment Co., Inc.

INVOICE # 22121119A
DATE: DECEMBER 3, 2012

7617 Whitetail Trail, Caldwell, TX 77836
Phone (512) 810-0404 / Fax (866) 447-4629
E-mail pawco@onebox.com

TO   The Payne Law Group
     3850 Corporate Drive
     Bryan, TX 77805-6900

SHIP
TO

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS |
|---|---|---|---|---|---|
| PAW | ELL | n/a | n/a | n/a | Due Upon Invoice Receipt |

| LINE | DAYS | DESCRIPTION | LABOR | EXPENSES | LINE TOTAL |
|---|---|---|---|---|---|
|  |  | Mineral Interest Abstract Analysis & Consulting 11/19-12/2 |  |  |  |
| 1. | 62.5 | Labor $325/Day | 20,312.50 |  | 20,312.50 |
| 2. |  | Court Copies |  | 11.00 | 11.00 |

| | |
|---|---|
| SUBTOTAL | 20,323.50 |
| SALES TAX | 0 |
| TOTAL | 20,323.50 |

Make all checks payable to Paul A. Wright Investment Co., Inc.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

## Paul A. Wright Investment Co., Inc.

INVOICE # 24121217A
DATE: DECEMBER 17, 2012

7617 Whitetail Trail, Caldwell, TX 77836
Phone (512) 810-0404 / Fax (866) 447-4629
E-mail  pawco@onebox.com

TO  The Payne Law Group
    3850 Corporate Drive
    Bryan, TX 77805-6900

SHIP
TO

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS |
|---|---|---|---|---|---|
| PAW | ELL | n/a | n/a | n/a | Due Upon Invoice Receipt |

| LINE | DAYS | DESCRIPTION | LABOR | EXPENSES | LINE TOTAL |
|---|---|---|---|---|---|
| 1. | 66 | Mineral Interest Abstract Analysis & Consulting 12/03-12/17/2012 <br><br> Labor $325/Day | 21,450.00 | | 21,450.00 |
| | | | | SUBTOTAL | 21,450.00 |
| | | | | SALES TAX | 0 |
| | | | | TOTAL | 21,450.00 |

Make all checks payable to Paul A. Wright Investment Co., Inc.
**THANK YOU FOR YOUR BUSINESS!**

Ellington 20958



# INVOICE

## Paul A. Wright Investment Co., Inc.

INVOICE # 1130103A
DATE: JANUARY 3, 2013

7617 Whitetail Trail, Caldwell, TX 77836
Phone (512) 810-0404 / Fax (866) 447-4629
E-mail pawco@onebox.com

TO  The Payne Law Group
3850 Corporate Drive
Bryan, TX 77805-6900

SHIP
TO

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS |
|---|---|---|---|---|---|
| PAW | ELL | n/a | n/a | n/a | Due Upon Invoice Receipt |

| LINE | DAYS | DESCRIPTION | LABOR | EXPENSES | LINE TOTAL |
|---|---|---|---|---|---|
| 1. | 31 | Mineral Interest Abstract Analysis & Consulting 12/17/2012 – 1/2/2013<br><br>Labor $325/Day | 10,075.00 | | 10,075.00 |
| | | | SUBTOTAL | | 10,075.00 |
| | | | SALES TAX | | 0 |
| | | | TOTAL | | 10,075.00 |

Make all checks payable to Paul A. Wright Investment Co., Inc.
THANK YOU FOR YOUR BUSINESS!

Ellington 20959