**BRIGGS LAND SERVICE**
**481 CR 267**
**BECKVILLE, TEXAS  75631**
**903-678-9507**

June 1st, 2012

Open Mineral Spreadsheet Research Re: Lawsuit
Research for Payne Law Group determinations.
Assisted Robert Koontz, in spreadsheet preparation and data acquisition because of time constraints. Re: Mitigation Lease Damages.

Open Mineral Spreadsheet   57 hours   $2280
Leased Mineral Spreadsheet   27.5 hours   $1100
Layout, setup, and research necessary for lawsuit  7.5 hours   $300
Administrative costs (copy fees, printing costs, travel/fuel, supplies)  $921.27

Total:  $4601

Thank you

*Phil Briggs* (signature)

Phil Briggs

EXHIBIT H