BRIGGS LAND SERVICE
481 CR 267
Beckville, texas    75631
903-678-9507


Ellington Heirs Group of 14
Spreadsheet of Open Minerals

April 19th, 2012   Created blank spreadsheet, adding in blocks for mineral tracts by survey name, acreage, provenance, percent owned, net acreage, and net acreage owned by each of the fourteen Ellington Heirs.   Used as a start, the Feb. 2010 open minerals list.
5 hours

April 20th, 2012   Completed list of tracts, utilizing other open mineral lists, that were available for leasing to Chesapeake, in a 2nd round of leasing.
3.5 hours.

April 24th, 2012    Started adding in individual information for each tract, checking leasing history, whether the tract was added to a production unit, and whether the tract came open within a year of the original Chesapeake leases.
5 hours

April 25th, 2012   Continued with adding tract information.
4.5 hours

April 26th, 2012   Finished with first draft of open minerals spreadsheet.   Faxed copy.
6 hours

April 27th, 2012   Revised first draft, adding a few tracts, and adjusting others.   Included total gross acreages for the entire Group of 14 heirs, individual net acreages, and individual payouts, @ $5K/acre.   Faxed copy.
3 hours

Total 31 hours
Total   $1240

Thank you


Phil Briggs

EXHIBIT B