| Description | Amount | Status |
|---|---|---|
| Copied Probate Papers | 117 | |
| James Rowe | 80 | |
| Chesapeake Open Leases | 80 | |
| Research on XTO Units | 60 | |
| Research on potential Chesapeake Lawsuits | 160 | |
| Research on SW Energy Units | 80 | |
| Research on BEM Wm. Brittain tract | 211 | |
| Research on C. Martin/J O'Dell tract | 20 | |
| Research on J.W.Brightman/J.B.Tucker & John Latham surveys | 220 | |
| Research on John Latham sruvey tract | 120 | |
| Research lease status of Latham and Tucker survey tracts | 60 | |
| Research on the Verna Ellington tree farms | 40 | |
| Research on Lovoria Turner/Christina Clardy | 80 | |
| Research on Marathon USA Ellington Unit | 342 | |
| Research on Marathon Bridges Project | 240 | |
| Research on 41 acre S. Holmes tract | 80 | |
| Potential Ellington-Hudson Unit | 40 | |
| J.B. Tucker Survey | 60 | |
| XTO Raymond Gas Unit | 1932 | |
| Pewitt Gas Pool | 48 | |
| Classic Operating new units | 80 | |
| 4 Stephen Holmes tracts | 120 | |
| Title Work on Goober Hill tree farm | 241 | |
| Ashley and Britney Wilson, and friends | 40 | |
| XTO Vols Unit | 60 | |
| Lovoria Jackson | 80 | |
| Shelby County Deaner Map on hard drive | 84 | |
| Chesapeake Interests, SE Shelby County | 60 | |
| Wm. Brittain Document, B. Brugier | 109 | |
| USA Ellington GU in Marathon Bridges area | 180 | |
| | | |
| Sub Total | 4073 | |
| | | |
| R.O. Ellington leases, L. Maragle | 24 | |
| Paloma lease analyses | 140 | |
| Notice of Lease Extensions, St. Mary | 33 | |
| Bettye Cox Unit Leases, March 2012 | 28 | |
| Pewitt Gas Pool Research | 85 | |
| VTE Estate Tree Farms, Panola County | 305 | |
| John Smith Survey research | 380 | |
| EOG Ellora, Koontz tracts April 2012 | 405 | |
| Ellora Partial Releases, May 2012 | 310 | |
| Chesapeake Related Lawsuits | 180 | |
| Davis Lawsuit Abstracts | 762 | |
| Ellington Family Mineral History May 21, 2012 | 160 | |
| Leased Minerals Spreadsheet | 1100 | paid |
| Open Mineral Spreadsheet | 3501 | paid |
| July 10 > July 27 | 7270 | paid |
| July 28 > August 9 | 6946 | |
| Probate files | 1323.36 | |

EXHIBIT C

| | |
|---|---|
| Royalties on Chesapeake Dome Div. Orders | 60 |
| Ellora Lease Offers research | 80 |
| Charles Michael Kidd research | 148 |
| Brazos County Mineral Interests | 388 |
| Brazos County Farm/Mineral Deeds | 90 |
| | |
| Sub Total | 11847.36 |
| | |
| | |
| | |
| Bertha Massey Tracts | |
| Thomas Kelly tract, Panola County | 760 |
| Hezekiah Thomas | 680 |
| Total....................... | 1440 |
| | |
| | |
| Pre Lawsuit Sub Total | 4073 |
| After Lawsuit Sub Total | 11847.36 |
| BEM Tracts | 1440 |
| Total.................................................. | 17360.36 |