BRIGGS LAND SERVICE
481 CR 267
BECKVILLE, TEXAS   75631
903-678-9507

Research/Analyzes on four Paloma/ExxonMobil Units

Analyzed the Ellington Heirs mineral interests in 3 Stephen Holmes survey tracts, in Shelby County, Texas, that are included in the Paloma Partners II, LLC, now ExxonMobil units… the Amazon, Nile, Euphrates, and Parana Units.  Looked into the leased acreage each heir owned in each of the units, the resurveyed net acreage (several of the tracts resurveyed slightly more than the original lease called for), the royalty interests each heir would have in each of the four units, and additional lease bonus money due Heirs that had increased acreage due to resurveying.  Checked my figures against a spreadsheet provided by the exploration company, to verify their figures were accurate.

Total hours:  3.5 hours
Total:  $140


Thank You


Phil Briggs

EXHIBIT D