IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ESTATE OF VERNA LILLIAN ELLINGTON, Deceased, *et al*, § § § *Plaintiffs*, § v. § § CHESAPEAKE EXPLORATION, LLC, § § *Defendant*. § | Civil Action No. 9:12-CV-97 JUDGE RON CLARK |

## ORDER OF DISMISSAL

Before the court is the parties Joint Motion to Dismiss [Doc. #117]. Having considered the motion, the court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties Joint Motion to Dismiss [Doc. #117] is GRANTED. The Plaintiffs' claims against Defendant are DISMISSED WITH PREJUDICE. Costs shall be borne by the party incurring the same.

IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

So **ORDERED** and **SIGNED** this **18** day of **July, 2013.**

_____
Ron Clark, United States District Judge